MANATT, PHELPS & PHILLIPS, LLP
SHARI MULROONEY WOLLMAN (Bar No. CA 137\_\_)
Email: swollman@manatt.com
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

*Attorneys for Defendant
Chiang Yomei (a/k/a Yomei Chiang)*

**IT IS SO ORDERED**
Judge Edward J. Davila
12/23/2013

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>Plaintiff,<br><br>vs.<br><br>CHIANG FANG CHI-YI, ET AL.,<br><br>Defendants. | Case No. CV13-04383 EJD<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Filed: September 20, 2013<br>Per Fed. R. Civ. Proc. 4(d)(3)<br>Current Response Date: December 30, 2013<br>New Response Date: January 30, 2014 |

1  WHEREAS Plaintiff THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY ("Plaintiff") filed and served its Complaint in Interpleader pursuant to Rule 4(d)(3) of the Federal Rules of Civil Procedure upon Defendant Chiang Yomei a/k/a Yomei Chiang ("Defendant") on September 20, 2013;

WHEREAS Defendant's response to the Complaint is currently due on December 30, 2013;

WHEREAS Defendant has requested, and Plaintiff has granted, an extension of thirty (30) days for Defendant to respond to the Complaint, through and including January 30, 2014;

WHEREAS this is the first and only extension of time to respond to the Complaint that Defendant has requested; and

WHEREAS nothing contained in this stipulation is intended to be, nor is it, an admission by Defendant as to the validity of jurisdiction or venue, nor shall it constitute a waiver of the right to object to personal jurisdiction or to venue.

IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

1. Defendant shall have to and including January 30, 2014 in which to respond to the Complaint;

2. Nothing contained in this stipulation is intended to be, nor is it, an admission by Defendant as to the validity of jurisdiction or venue, nor shall it constitute a waiver of the right to object to personal jurisdiction or to venue.

3. This Stipulation is without prejudice to any party's rights, remedies, defenses, or positions in the case.

/ / /
/ / /
/ / /
/ / /

| | | |
|---|---|---|
| Dated: | December 20, 2013 | MANATT, PHELPS & PHILLIPS LLP |

By /s/
Shari Mulrooney Wollman
*Attorneys for Defendant*
*Chiang Yo-mei (a/k/a Yo-Mei Chiang)*

| | | |
|---|---|---|
| Dated: | December 20, 2013 | PILLSBURY WINTHROP SHAW PITTMAN LLP |

By /s/
Mark D. Litvack
*Attorneys for The Board of Trustees*
*of the Leland Stanford Junior*
*University*

311190854.1