1  MANATT, PHELPS & PHILLIPS, LLP
   SHARI MULROONEY WOLLMAN (Bar No. CA 127142)
2  E-mail: swollman@manatt.com
   11355 West Olympic Boulevard
3  Los Angeles, CA  90064-1614
   Telephone:  (310) 312-4000
4  Facsimile:  (310) 312-4224

5  KELLY L. KNUDSON (Bar No. CA 244445)
   E-mail:  KKnudson@manatt.com
6  One Embarcadero Center, 30th Floor
   San Francisco, CA  94111
7  Telephone:  (415) 291-7400
   Facsimile:  (415) 291-7474
8
   Attorneys for Defendant,
9  Chiang Yo-mei a/k/a Yo-mei Chiang

**IT IS SO ORDERED**
/s/ Edward J. Davila
Judge Edward J. Davila
1/30/2014

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

SAN JOSE DIVISION

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>Plaintiff,<br><br>vs.<br><br>Chiang Fang Chi-Yi, an Individual; Chiang Yo-mei, an Individual; Chiang Hsiao-chang, an Individual; Chiang Tsai-mei, an Individual; Chiang Yu-sung, an Individual; Chiang Yo-lan, an Individual; Chiang Yo-bo, an Individual; Chiang Yo-chang, an Individual; Chiang Yo-ching, an Individual; and Chungyan Chan, an Individual,<br><br>Defendants. | No.  CV 13-04383-EJD-HRL<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT TO APRIL 14, 2014 (L.R. 6-1)**<br><br>Complaint Filed:    September 20, 2013<br>Per Fed. R. Civ. Proc. 4(d)(3)<br>Current Response Date:  January 30, 2014<br>New Response Date:   April 14, 2014 |

WHEREAS Plaintiff THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY ("Plaintiff") filed and served its Complaint in Interpleader pursuant to Rule 4(d)(3) of the Federal Rules of Civil Procedure upon Defendant Chiang Yomei a/k/a Yomei Chiang ("Defendant") on September 20, 2013;

WHEREAS Defendant's response to the Complaint is currently due on January 30, 2014;

WHEREAS Defendant understands from Plaintiff's counsel that seven of the other defendants have agreed to accept service of the Complaint and respond to the Complaint by April 14, 2014;

WHEREAS Defendant believes, and Plaintiff agrees, that requiring all answers to be filed on the same date makes sense in terms of administration and progress of this case;

WHEREAS Defendant has requested, and Plaintiff has granted, an extension for Defendant to respond to the Complaint, through and including April 14, 2014;

WHEREAS this is the second extension of time to respond to the Complaint that Defendant has requested; and

WHEREAS nothing contained in this stipulation is intended to be, nor is it, an admission by Defendant as to the validity of jurisdiction or venue, nor shall it constitute a waiver of the right to object to personal jurisdiction or to venue.

IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

1. Defendant shall have to and including April 14, 2014 in which to respond to the Complaint;

2. Nothing contained in this stipulation is intended to be, nor is it, an admission by Defendant as to the validity of jurisdiction or venue, nor shall it constitute a waiver of the right to object to personal jurisdiction or to venue.

//
//

3. This Stipulation is without prejudice to any party's rights, remedies, defenses, or positions in the case.

Dated: January 29, 2014              MANATT, PHELPS & PHILLIPS LLP

By /s/
Shari Mulrooney Wollman
*Attorneys for Defendant*
*Chiang Yo-mei (a/k/a Yo-Mei Chiang)*

Dated: January 29, 2014              PILLSBURY WINTHROP SHAW PITTMAN LLP

By /s/
Mark D. Litvack
*Attorneys for The Board of Trustees*
*of the Leland Stanford Junior*
*University*

311367287.1