VENABLE LLP
Ben Whitwell (SBN 138426)
bwhitwell@venable.com
Tamany Vinson Bentz (SBN 258600)
tbentz@venable.com
2049 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901

Attorneys for Defendants
Chiang Fang Chi-yi; Chiang Tsai Hui-mei; Chiang Yu-sung; Chiang Yo-lan; Chiang Yo-bo; Chiang Yo-chang; Chiang Yo-ching

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>Plaintiff,<br><br>vs.<br><br>CHIANG FANG CHI-YI, an individual; CHIANG YO-MEI, an individual; CHIANG HSIAO-CHANG, an individual; CHIANG TSAI HUI-MEI, an individual; CHIANG YU-SUNG, an individual; CHIANG YO-LAN, an individual; CHIANG YO-BO, an individual; CHIANG YO-CHANG, an individual; CHIANG YO-CHING, CHUNGYAN CHAN, an individual<br><br>Defendants. | CASE NO.: 13:cv-04383-EJD<br><br>[Honorable Edward J. Davila Courtroom 4<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |

1   WHEREAS the Complaint in the above-entitled action was filed on
2   September 20, 2013 in the U.S. District Court for the Northern District of
3   California;
4   WHEREAS, on January 14, 2014, Plaintiff served Defendants Chiang Fang-
5   Chiyi, Chiang Yo-sung and Chiang Yo-bo with the Complaint via electronic mail
6   pursuant to the Court's order of January 14, 2014;
7   WHEREAS, Defendants Chiang Fang-Chiyi, Chiang Yo-sung and Chiang
8   Yo-bo's (hereinafter collectively referred to as "Served Defendants") response to
9   the Complaint is currently due on February 4, 2014;
10  WHEREAS, Defendants Chian Tsai Hui-mei, Chiang Yo-lan, Chiang Yo-
11  chang and Chiang Yo-ching (hereinafter collectively referred to as "Waiver
12  Defendants") agreed to waive service of the Complaint;
13  WHEREAS, the Served Defendants and Waiver Defendants are represented
14  by the same counsel;
15  WHEREAS, Plaintiff agrees that the Served Defendants and Waiver
16  Defendants should respond to the Complaint on the same day, April 14, 2014;
17  IT IS HEREBY STIPULATED AND AGREED, PURSUANT TO LOCAL
18  RULE 6-1, that Defendants Chiang Fang-Chiyi, Chiang Yo-sung and Chiang Yo-
19  bo's deadline to answer or otherwise respond to the Complaint in the above-
20  captioned matter is extended until April 14, 2014;
21  IT IS FURTHER STIPULATED AND AGREED, that Defendants Chian
22  Tsai Hui-mei, Chiang Yo-lan, Chiang Yo-chang and Chiang Yo-ching have
23  waived service and will also respond to the Complaint on April 14, 2014.

Dated: February 3, 2014          VENABLE LLP

                                 By:  /s/ Tamany Vinson Bentz
                                    Ben D. Whitwell
                                    Tamany Vinson Bentz

|   |   |
|---|---|
| Dated: February 3, 2014 | Attorneys for Defendants Chiang Fang Chi-yi; Chiang Tsai Hui-mei; Chiang Yu-sung; Chiang Yo-lan; Chiang Yo-bo; Chiang Yo-chang; Chiang Yo-ching<br><br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br><br>By: /s/ Mark Davis Litvack<br>　　　Mark Davis Litvack<br>　　　James Chang<br>Attorneys for Plaintiff<br>The Board of Trustees of the Leland Stanford Junior University |

## SIGNATURE ATTESTATION

I am the ECF User whose identification and password are being used to file the foregoing STIPULATION TO EXTEND TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT. In compliance with the General Order, I hereby attest that the other signatories to this filing have concurred in this filing.

|   |   |
|---|---|
| Dated: February 3, 2014 | By: /s/ Tamany Vinson Bentz<br>　　　Attorney for Defendants<br>Chiang Fang Chi-yi; Chiang Tsai Hui-mei; Chiang Yu-sung; Chiang Yo-lan; Chiang Yo-bo; Chiang Yo-chang; Chiang Yo-ching |

2
STIPULATION TO EXTEND TIME FOR DEFENDANTS TO ANSWER
Case No.: 13-cv-04383-EJD

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA 90067
310-229-9900

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of February, 2014, a copy of the foregoing STIPULATION TO EXTEND TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT was served via CM/ECF:

Mark Davis Litvack
James Chang
Pillsbury Winthrop Shaw Pittman LLP
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406

*Attorneys for Plaintiff The Board of Trustees of the Leland Stanford Junior University*

By: /s/ Tamany Vinson Bentz
Attorney for Defendants
Chiang Fang Chi-yi; Chiang Tsai Hui-mei; Chiang Yu-sung; Chiang Yo-lan; Chiang Yo-bo; Chiang Yo-chang; Chiang Yo-ching