VENABLE LLP
Ben Whitwell (SBN 138426)
bwhitwell@venable.com
Tamany Vinson Bentz (SBN 258600)
tbentz@venable.com
2049 Century Park East, Suite 2100
Los Angeles, CA  90067
Telephone:   (310) 229-9900
Facsimile:   (310) 229-9901

Attorneys for Defendants
Chiang Fang Chi-yi; Chiang Tsai Hui-mei; Chiang
Yu-sung; Chiang Yo-lan; Chiang Yo-bo; Chiang
Yo-chang; Chiang Yo-ching



IT IS SO ORDERED

Judge Edward J. Davila

3/20/2014

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

THE BOARD OF TRUSTEES OF THE
LELAND STANFORD JUNIOR
UNIVERSITY,

                          Plaintiff,

          vs.

CHIANG FANG CHI-YI, an individual;
CHIANG YO-MEI, an individual;
CHIANG HSIAO-CHANG, an individual;
CHIANG TSAI HUI-MEI, an individual;
CHIANG YU-SUNG, an individual;
CHIANG YO-LAN, an individual;
CHIANG YO-BO, an individual;
CHIANG YO-CHANG, an individual;
CHIANG YO-CHING, CHUNGYAN
CHAN, an individual

                          Defendants.

CASE NO.: 13:cv-04383-EJD

[Honorable Edward J. Davila
Courtroom 4]

**STIPULATION TO EXTEND
TIME FOR DEFENDANTS TO
ANSWER OR OTHERWISE
RESPOND TO AMENDED
COMPLAINT**

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA  90067
310-229-9900

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1    WHEREAS the Complaint in the above-entitled action was filed on

2    September 20, 2013 in the U.S. District Court for the Northern District of

3    California;

4    WHEREAS, on January 14, 2014, Plaintiff served Defendants Chiang Fang-

5    Chiyi, Chiang Yo-sung and Chiang Yo-bo with the Complaint via electronic mail

6    pursuant to the Court's order of January 14, 2014;

7    WHEREAS, Defendants Chiang Fang-Chiyi, Chiang Yo-sung and Chiang

8    Yo-bo's (hereinafter collectively referred to as "Served Defendants") response to

9    the Complaint was due on February 4, 2014;

10   WHEREAS, Defendants Chian Tsai Hui-mei, Chiang Yo-lan, Chiang Yo-

11   chang and Chiang Yo-ching (hereinafter collectively referred to as "Waiver

12   Defendants") agreed to waive service of the Complaint;

13   WHEREAS, the Served Defendants and Waiver Defendants are represented

14   by the same counsel;

15   WHEREAS, Plaintiff and Defendants previously filed a Stipulation To

16   Extend Time For Defendants To Answer or Otherwise Respond To Complaint on

17   February 3, 2014.  With the stipulated extension, the Served Defendants and

18   Waiver Defendants deadline to answer or otherwise respond to the Complaint was

19   extended until April 14, 2014;

20   WHEREAS, Plaintiff filed an Amended Complaint on March 7, 2014;

21   WHEREAS, the deadline for the Served Defendants and Waiver Defendants

22   to answer or otherwise respond to the Amended Complaint is March 28, 2014;

23   IT IS HEREBY STIPULATED AND AGREED, PURSUANT TO LOCAL

24   RULE 6-1, that the deadline for Defendants Chiang Fang-Chiyi, Chiang Yo-sung,

25   Chiang Yo-bo, Chiang Tsai Hui-mei, Chiang Yo-lan, Chiang Yo-chang and

26   Chiang Yo-ching to answer or otherwise respond to the Amended Complaint is

27   extended until April 14, 2014.

28

**VENABLE LLP**
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA  90067
310-229-9900

1

Dated:  March 20, 2014         VENABLE LLP

                               By:  /s/ Tamany Vinson Bentz
                                    Ben D. Whitwell
                                    Tamany Vinson Bentz

                               Attorneys for Defendants
                               Chiang Fang Chi-yi; Chiang Tsai
                               Hui-mei; Chiang Yu-sung; Chiang
                               Yo-lan; Chiang Yo-bo; Chiang Yo-
                               chang; Chiang Yo-ching

Dated:  March 20, 2014         PILLSBURY WINTHROP SHAW
                               PITTMAN LLP


                               By:  /s/ Mark Davis Litvack
                                    Mark Davis Litvack
                                    James Chang
                               Attorneys for Plaintiff
                               The Board of Trustees of the Leland
                               Stanford Junior University

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA  90067
310-229-9900

1

**SIGNATURE ATTESTATION**

2         I am the ECF User whose identification and password are being used to file

3     the foregoing STIPULATION TO EXTEND TIME FOR DEFENDANTS TO

4     ANSWER OR OTHERWISE RESPOND TO AMENDED COMPLAINT.  In

5     compliance with the General Order, I hereby attest that the other signatories to this

6     filing have concurred in this filing.

7

8     Dated: March 20, 2014            By:  /s/ Tamany Vinson Bentz

9                                            Tamany Vinson Bentz

10                                           Attorney for Defendants
Chiang Fang Chi-yi; Chiang

11    Tsai Hui-mei; Chiang Yu-sung;

12    Chiang Yo-lan; Chiang Yo-bo;
Chiang Yo-chang; Chiang Yo-
ching

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA  90067
310-229-9900

3

1

## CERTIFICATE OF SERVICE

2

3    I HEREBY CERTIFY that on this 20th day of March, 2014, a copy of the

4    foregoing STIPULATION TO EXTEND TIME FOR DEFENDANTS TO

5    ANSWER OR OTHERWISE RESPOND TO AMENDED COMPLAINT was

6    served via CM/ECF:

7

8    Mark Davis Litvack
     James Chang

9    Pillsbury Winthrop Shaw Pittman LLP

10   725 South Figueroa Street, Suite 2800
      Los Angeles, CA 90017-5406

11

12   *Attorneys for Plaintiff The Board of Trustees*
     *of the Leland Stanford Junior University*

13

14                                     By: /s/ Tamany Vinson Bentz

15                                          Attorney for Defendants

16                                          Chiang Fang Chi-yi; Chiang Tsai Hui-
                                            mei; Chiang Yu-sung; Chiang Yo-lan;

17                                          Chiang Yo-bo; Chiang Yo-chang;

18                                          Chiang Yo-ching

19

20

21

22

23

24

25

26

27

28

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA 90067
310-229-9900