1  MANATT, PHELPS & PHILLIPS, LLP
   SHARI MULROONEY WOLLMAN (Bar No. CA 137142)
2  E-mail: swollman@manatt.com
   11355 West Olympic Boulevard
3  Los Angeles, CA 90064-1614
   Telephone: (310) 312-4000
4  Facsimile: (310) 312-4224

5  KELLY L. KNUDSON (Bar No. CA 244445)
   E-mail: KKnudson@manatt.com
6  One Embarcadero Center, 30th Floor
   San Francisco, CA 94111
7  Telephone: (415) 291-7400
   Facsimile: (415) 291-7474
8
   Attorneys for Defendant,
9  Chiang Yo-mei a/k/a Yo-mei Chiang

*IT IS SO ORDERED*
*Judge Edward J. Davila*
4/15/2014

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

SAN JOSE DIVISION

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>Plaintiff,<br><br>vs.<br><br>Chiang Fang Chi-Yi, an Individual; Chiang Yo-mei, an Individual; Chiang Hsiao-chang, an Individual; Chiang Tsai-mei, an Individual; Chiang Yu-sung, an Individual; Chiang Yo-lan, an Individual; Chiang Yo-bo, an Individual; Chiang Yo-chang, an Individual; Chiang Yo-ching, an Individual; Chungyan Chan, an Individual; and Academia Historica, an entity of the Republic of China,<br><br>Defendants. | No. CV 13-04383-EJD-HRL<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT TO APRIL 28, 2014**<br>**(L.R. 6-1)**<br><br>Complaint Filed: September 20, 2013<br>Per Fed. R. Civ. Proc. 4(d)(3)<br>Current Response Date: April 14, 2014<br>New Response Date: April 28, 2014 |

WHEREAS Plaintiff THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY ("Plaintiff") filed and served its First Amended Complaint in Interpleader pursuant to Rule 4(d)(3) of the Federal Rules of Civil Procedure upon Defendant Chiang Yomei a/k/a Yomei Chiang ("Defendant") on March 7, 2014;

WHEREAS Defendant's response to the First Amended Complaint is currently due on April 14, 2014;

WHEREAS Defendant requests an extension of time for Defendant to respond to the First Amended Complaint based on on-going negotiations between the parties;

WHEREAS based upon those on-going discussions Plaintiff agrees that an extension of time is warranted;

WHEREAS Defendant Academia Historica was just recently served, and its answer to the First Amended Complaint is not due until June 9, 2014;

WHEREAS Defendant has requested, and Plaintiff has no objection to, an extension for Defendant to respond to the Complaint, through and including April 28, 2014;

WHEREAS this is the first extension of time to respond to the First Amended Complaint that Defendant has requested; and

WHEREAS nothing contained in this stipulation is intended to be, nor is it, an admission by Defendant as to the validity of jurisdiction or venue, nor shall it constitute a waiver of the right to object to personal jurisdiction or to venue.

IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

1. Defendant shall have to and including April 28, 2014, in which to respond to the First Amended Complaint;

2. Nothing contained in this stipulation is intended to be, nor is it, an admission by Defendant as to the validity of jurisdiction or venue, nor shall it constitute a waiver of the right to object to personal jurisdiction or to venue.

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

1

STIPULATION AND ORDER RE
EXTENSION OF TIME

3. This Stipulation is without prejudice to any party's rights, remedies, defenses, or positions in the case.

Dated: April 14, 2014

MANATT, PHELPS & PHILLIPS LLP

By /s/
Shari Mulrooney Wollman
*Attorneys for Defendant
Chiang Yo-mei (a/k/a Yo-Mei Chiang)*

Dated: April 14, 2014

PILLSBURY WINTHROP SHAW PITTMAN LLP

By /s/
Mark D. Litvack
*Attorneys for The Board of Trustees of the Leland Stanford Junior University*

312096162.1