MANATT, PHELPS & PHILLIPS, LLP
SHARI MULROONEY WOLLMAN (Bar No. CA 137142)
E-mail: swollman@manatt.com
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

KELLY L. KNUDSON (Bar No. CA 244445)
E-mail: KKnudson@manatt.com
One Embarcadero Center, 30th Floor
San Francisco, CA 94111
Telephone: (415) 291-7400
Facsimile: (415) 291-7474

Attorneys for Defendant,
Chiang Yo-mei a/k/a Yo-mei Chiang

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

SAN JOSE DIVISION

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Chiang Fang Chi-Yi, an Individual; Chiang Yo-mei, an Individual; Chiang Hsiao-chang, an Individual; Chiang Tsai-mei, an Individual; Chiang Yu-sung, an Individual; Chiang Yo-lan, an Individual; Chiang Yo-bo, an Individual; Chiang Yo-chang, an Individual; Chiang Yo-ching, an Individual; Chungyan Chan, an Individual; and Academia Historica, an entity of the Republic of China,<br><br>　　　　Defendants. | No. CV 13-04383-EJD-BLF<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br>**(L.R. 6-1)**<br><br>Complaint Filed:　September 20, 2013<br>Per Fed. R. Civ. Proc. 4(d)(3)<br>Prior Response Date: April 28, 2014<br>Proposed Response Date: June 18, 2014<br><br>Case Management Conf.: July 3, 2014<br><br>Trial Date: None |

WHEREAS Plaintiff THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY ("Plaintiff") filed and served its First Amended Complaint in Interpleader pursuant to Rule 4(d)(3) of the Federal Rules of Civil Procedure upon Defendant Chiang Yomei a/k/a Yomei Chiang ("Defendant") on March 7, 2014;

WHEREAS Defendant's response to the First Amended Complaint ("FAC") was originally due on April 14, 2014;

WHEREAS Defendant requested, and this Court granted a two-week extension of time for Defendant to respond to the FAC to April 28, 2014 [Dkt. No. 36];

WHEREAS on April 14, 2014 several defendants represented by the Venable, LLP law firm ("the Venable defendants") filed an Answer to Complaint [Dkt. No. 34] which contained the following: "First Affirmative Defense (Wrong Parties)  Plaintiff has asserted its claims against the wrong party, as Defendants have assigned any and all rights in and to the Deposit to Defendant Academia Historica;"

WHEREAS Defendant Academia Historica has been served with the Summons and FAC in this action, and its response to the FAC is presently due on June 9, 2014;

WHEREAS the two remaining defendants, Chiang Hsiao-Chang and Chungyan Chan, have not yet formally answered or appeared in the action; however, defendant Chungyan Chan has recently made contact with Plaintiff and Defendant's counsel;

WHEREAS on April 24, 2014, Plaintiff filed an unopposed *Ex Parte* Application Regarding Extension of Time to File Joint Management Statement, based in part upon the fact that Defendant Academia Historica's response to the FAC is not due until June 9, 2014 [Dkt. No. 37];

WHEREAS on April 25, 2014 this Court issued a Clerks Notice Setting Case

1  Management Conference, which set a Case Management Conference for May 15,
2  2014 [Dkt. No. 38];

3      WHEREAS on April 30, 2014 this Court issued an Order Granting Motion to
4  Extend Time to File Joint Case Management Statement and Continuing Case
5  Management Conference, which continued the Case Management Conference from
6  May 15, 2014 to July 3, 2014 [Dkt. No. 39], and on that same date issued a Clerks
7  Notice Extending Time to File Joint Case Management Statement and Continuing
8  Case Management Conference, which ordered the parties to file a Joint Case
9  Management Statement by June 23, 2014 [Dkt. No. 40];

10      WHEREAS Defendant has not yet formally responded to the FAC, but has
11  reached an informal agreement with Plaintiff that her default will not be entered,
12  and the Plaintiff and Defendant have agreed to file this Stipulation by which she
13  would be permitted until June 18, 2014 to respond to the FAC;

14      WHEREAS Defendant and Plaintiff agree that it is impractical for Defendant
15  to respond to the FAC until such time as Academia Historica has responded to the
16  FAC, particularly as it has not yet appeared in this action, and Defendant will
17  require time to evaluate her response to Academia Historica's position if and when
18  it is asserted; and

19      WHEREAS nothing contained in this stipulation is intended to be, nor is it,
20  an admission by Defendant as to the validity of jurisdiction or venue, nor shall it
21  constitute a waiver of the right to object to personal jurisdiction or to venue.

22      IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

23      1. Defendant shall have to and including June 18, 2014, in which to
24  respond to the First Amended Complaint;

25      2. Nothing contained in this stipulation is intended to be, nor is it, an
26  admission by Defendant as to the validity of jurisdiction or venue, nor shall it
27  constitute a waiver of the right to object to personal jurisdiction or to venue.

28      3. This Stipulation is without prejudice to any party's rights, remedies,

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

2

STIPULATION AND ORDER RE
EXTENSION OF TIME

1  defenses, or positions in the case.

3  Dated: May 2, 2014                MANATT, PHELPS & PHILLIPS LLP

5                                    By  _____/s/_____
                                         Shari Mulrooney Wollman
6                                        *Attorneys for Defendant
                                         Chiang Yo-mei (a/k/a Yo-Mei Chiang)*

8  Dated: May 2, 2014                PILLSBURY WINTHROP SHAW PITTMAN LLP

11                                   By  _____/s/_____
                                         James Chang
12                                       *Attorneys for The Board of Trustees
                                         of the Leland Stanford Junior
                                         University*

15  312139523.1

**IT IS SO ORDERED**

/s/ Beth Labson Freeman
Judge Beth Labson Freeman

*United States District Court, Northern District of California*