UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>CHIANG FANG CHI-YI, et al.,<br><br>Defendants. | Case No. 13-cv-04383-BLF<br><br>**ORDER PERMITTING PRESENTATION AT INITIAL CASE MANAGEMENT CONFERENCE** |

The Court, having reviewed the parties' Joint Case Management Statement, ECF 74, hereby GRANTS Plaintiff permission to present a brief visual presentation concerning the claimants and claims in this action at the Initial Case Management Conference on February 5, 2015. Plaintiff shall endeavor to provide Defendants with copies of the presentation materials no later than 24 hours before the hearing.

**IT IS SO ORDERED.**

Dated: February 3, 2015

_____
BETH LABSON FREEMAN
United States District Judge