UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>           Plaintiff,<br><br>      v.<br><br>CHIANG FANG CHI-YI, et al.,<br><br>           Defendants. | Case No.  13-cv-04383-BLF<br><br>**CASE MANAGEMENT ORDER** |

On February 5, 2015, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | 06/11/2015 at 1:30 pm |
| Last Day to Amend Pleadings or Add Parties | N/A |
| Last Day to Disclose Experts | N/A |
| Fact Discovery Cut-Off | N/A |
| Expert Discovery Cut-Off | N/A |
| Last Day to Hear Dispositive Motions | N/A |
| Final Pretrial Conference | N/A |
| Trial | N/A |

1    IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2 are referred to the assigned Magistrate Judge.
3    IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4 orders, which are available on the Court's website and in the Clerk's Office.
5    IT IS FURTHER ORDERED THAT Parties are to meet, confer and file a stipulated
6 proposed order regarding briefing schedule on Academia Historica's Motion by 2/20/2015 to be
7 heard on 06/11/2015 at 9:00 am.

9 Dated:  February 5, 2015

   _____
   BETH LABSON FREEMAN
   United States District Judge