# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>  Plaintiff,<br><br>  v.<br><br>CHIANG FANG CHI-YI, et al.,<br><br>  Defendants. | Case No. 13-cv-04383-BLF<br><br>**ORDER CONTINUING STAY AND VACATING CASE MANAGEMENT CONFERENCE**<br><br>[Re: ECF 132, 133, 134, 138] |

On September 2, 2015, the Court stayed this action for 90 days and ordered Defendant and Cross-Defendant Academia Historica ("Academia Historica") to file its anticipated lawsuit in Taiwan. ECF 122 at 19. The parties were also ordered to meet and confer to develop a plan for resolving the status of Defendants and Cross-Defendants Chiang Fang Chi-yi, Chiang Tsai Huimei, Chiang Yu-sung, Chiang Yolan, Chiang Yo-bo, Chiang Yochang, and Chiang Yo-Ching ("Venable Defendants") and Chiang Hsiang-chang and Chungyan Chan ("Absent Defendants"). *Id.* The progress on these action items was set to be addressed in a Further Case Management Conference, rescheduled for December 10, 2015. *Id; see also* ECF 129.

Defendants and Cross-Defendants Chiang Hsiao-yen, Chiang Hui-lan, Chiang Hui-yun, and Chiang Wan-an ("Dentons Defendants"), the Board of Trustees of the Leland Stanford Junior University ("Stanford"), Academia Historica, the Venable Defendants, and Defendant and Cross-Claimant Chiang Yo-mei ("Yomei Chiang") have submitted case management statements informing the Court of their progress on the Taiwan lawsuit and regarding the status of the Venable Defendants and the Absent Defendants. ECF 132, 133, 134, 138.

On November 17, 2015, Academia Historica filed its anticipated lawsuit in the Civil

1  Tribunal of the Taiwan Taipei District Court ("Taiwan Action"), naming all defendants in this
2  interpleader action as defendants in that case. ECF 134 at 3. Counsel for Yomei Chiang and the
3  Venable Defendants met and conferred regarding the Venable Defendants' possible dismissal
4  from this action, but were unable to agree upon the terms. ECF 138 at 2-3.

Academia Historica now asks the Court to extend the stay in this case pending resolution of the Taiwan Action. *Id.* The Dentons Defendants, Venable Defendants, and Yomei Chiang also request that the Court continue the present stay. ECF 133 at 1; ECF 138 at 1. The Venable Defendants and Yomei Chiang additionally request permission to file a notice of dismissal notwithstanding the stay in the event that they agree upon terms for dismissal. ECF 138 at 3.

In light of these developments, the Court exercises its discretion to CONTINUE the stay for six months. The Court DENIES without prejudice the Venable Defendants and Yomei Chiang's request for permission to file a notice of dismissal notwithstanding that stay.

The Court additionally VACATES the Case Management Conference set for December 10, 2015 and CONTINUES the Further Case Management Conference to June 9, 2016 at 11:00 AM. The parties are ORDERED to inform the Court of any developments in the Taiwan Action and regarding the Venable and Absent Defendants at that Case Management Conference, if not before, with a status statement to be filed no later than June 2, 2016.

**IT IS SO ORDERED.**

Dated: December 9, 2015

BETH LABSON FREEMAN
United States District Judge

2