# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>CHIANG FANG CHI-YI, et al.,<br><br>Defendants. | Case No.  13-cv-04383-BLF<br><br>**ORDER CONTINUING STAY AND VACATING CASE MANAGEMENT CONFERENCE**<br><br>[Re: ECF 140] |

On September 2, 2015, the Court stayed this action for 90 days and ordered Academia Historica to file its anticipated lawsuit in Taiwan. ECF 122 at 19. On December 9, 2015, the Court continued the stay for six months. ECF 139. On June 2, 2016, the parties submitted a Case Management Statement, which informed the Court that the Taiwan Action remains in progress and requested that the Court continue the stay for an additional 6 months pending further litigation of the claims asserted by Academia Historica in the Taipei District Court. ECF 140.

The Court exercises its discretion to CONTINUE the stay for six months. The Court additionally VACATES the Case Management Conference set for June 9, 2016 and SETS a Further Case Management Conference on December 8, 2016 at 11:00 AM. The parties are ORDERED to inform the Court of any developments in the Taiwan Action at that Case Management Conference, if not before, with a status statement to be filed no later than December 1, 2016.

**IT IS SO ORDERED.**

Dated:  June 3, 2016

_____
BETH LABSON FREEMAN
United States District Judge