MARK D. LITVACK #183652
mark.litvack@pillsburylaw.com
JAMES CHANG #271864
james.chang@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406f
Telephone: (213) 488-7100
Facsimile No.: (213) 629-1033

Attorneys for Plaintiff
THE BOARD OF TRUSTEES OF THE
LELAND STANFORD JUNIOR UNIVERSITY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>Plaintiff,<br><br>vs.<br><br>CHIANG FANG CHI-YI, an individual, CHIANG HSIAO-CHANG, an individual, CHIANG YO-MEI, an individual, CHIANG TSAI HUI-MEI, an individual; CHIANG YO-SUNG, an individual; CHIANG YO-LAN, an individual; CHIANG YO-BO, an individual; CHIANG YO-CHANG, an individual; CHIANG YO-CHING, an individual; CHUNGYAN CHAN, an individual; ACADEMIA HISTORICA, an entity of The Republic of China; CHIANG HSIAO-YEN, an individual; CHIANG HUI-LAN, an individual; CHIANG HUI-YUN, an individual; CHIANG WAN-AN, an individual, and CHIU JU-HSUEH, an Individual.<br><br>Defendants. | Case No. CV 13-04383-BLF-HRL<br><br>**[PROPOSED] PROTECTIVE ORDER RE: INSPECTION**<br><br>CrtRm: 3, 5th Floor<br><br>Judge: Hon. Beth Labson-Freeman |

- 1 -

In accordance with the hearing held by this Court on March 22, 2018 on the inspection of the deposit materials being stored at the Hoover Institution at Stanford University, IT IS HEREBY ORDERED THAT:

### Definitions

1.1 "Deposit" shall mean the materials subject to this litigation *The Board of Trustees of the Leland Stanford Junior University v. Chiang Fang Chi-yi, et al.*, Case No. CV 13-04383-BLF-HRL ("Litigation"), that are currently being stored at the Hoover Institution at Stanford University.

1.2 "Inspection Results" shall mean any and all copies, reproductions, photographs, summaries, compilations, inventories, memorializations, and/ or notes of any kind made or taken by Academia Historica during the Inspection.

1.3 "Confidential – Attorneys' Eyes Only" means confidential information not generally known to others where disclosure to others would create a substantial risk of serious injury. Unless otherwise ordered by the Court, such material may only be shown to:

    1.3.1 Counsel of Record in this Litigation;

    1.3.2 Counsel of Record in the Taiwan litigation (Taipei District Court Case Number 104-4546) (the "Taiwan Action"); and

    1.3.3 The Court, the Court in the Taiwan Action, and their respective personnel.

### Order

1. All materials and records created during the course of the inspection of the Deposit, including but not limited to any and all Inspection Results, are hereby designated "Confidential – Attorneys' Eyes Only" and shall only be used in connection with this Litigation and the Taiwan Action.

2. No Inspection Results may be released, copied, distributed, or otherwise made available to the public.

- 2 -

PROTECTIVE ORDER
Case No. CV 13-04383-BLF-HRL

3. In no case shall access to "Confidential – Attorneys' Eyes Only" designated material, or copies thereof, be given to any persons or entities other than those specified in 1.3.1 to 1.3.3., other than Academia Historica who shall have access for the sole purposes of conducting the inspection and transporting the information and materials to the Court in the Taiwan Action. No party to this Litigation or the Taiwan Action other than Academia Historica – as creator of the Inspection Results – shall have access to the Inspection Results or copies thereof.

4. Any and all Inspection Results shall be affixed by Academia Historica with a legend or stamp on such material, bearing the designation "Confidential – Attorneys' Eyes Only."

5. Prior to distributing any Inspection Results to any persons under 1.3.2 above, the party intending to distribute the Inspection Results shall obtain executed acknowledgements of this Protective Order ("Exhibit A") from every person that shall have access to the Inspection Results and return executed acknowledgements to all counsel in the Litigation prior to distribution.

6. All persons who attend the Inspection shall first sign Exhibit A and provide identification to Stanford pursuant to its usual and customary access requirements, and Stanford agrees to keep such information and will make such information available to counsel of record to this Action, upon request.

7. This Protective Order shall not apply to any material that is or becomes publicly available, nor shall it apply to disseminations of "Confidential – Attorneys' Eyes Only" designated material to persons already in possession thereof.

IT IS SO ORDERED.

Dated: August 13, 2018.

_____
Hon. Beth Labson Freeman
United States District Judge

- 3 -

PROTECTIVE ORDER
Case No. CV 13-04383-BLF-HRL

**Exhibit A**

I, _____, of _____ hereby affirm that:

Information, including documents and things designated as "Confidential – Attorneys' Eyes Only" as defined in the Protective Order Re: Inspection ("Protective Order") entered in this litigation, will be provided to me pursuant to the terms and restrictions of the Protective Order.

I have been given a copy of and have read the Protective Order.

I am familiar with the terms of the Protective Order and I agree to comply with and to be bound by its terms. I submit to the jurisdiction of this Court for enforcement of the Protective Order.

I agree not to use any "Confidential – Attorneys' Eyes Only" information disclosed to me pursuant to the Protective Order except for purposes of the Litigation and the Taiwan Action and not to disclose any of this information other than as specifically authorized by the Protective Order.

DATED: _____

CITY, STATE WHERE SWORN AND SIGNED: _____

PRINTED NAME: _____

SIGNATURE: _____

320662827.1