1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,

               Plaintiff,

      v.

CHIANG FANG CHI-YI, et al.,

               Defendants.

Case No. 13-cv-04383-BLF

**ORDER CONTINUING STAY AND REQUIRING STATUS UPDATE**

To the extent the docket in this case reflects that the stay of proceedings has lapsed, this Court clarifies that the stay remains in effect consistent with the Court's order lifting the stay to allow for inspection of the deposit. *See* ECF 205. Upon completion of the inspection, the stay of proceedings shall be continued for six months. The parties are instructed to file a status update in this Court by **February 11, 2019**.

      **IT IS SO ORDERED.**

Dated: August 14, 2018

_____
BETH LABSON FREEMAN
United States District Judge