UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHIANG FANG CHI-YI, et al.,<br><br>　　　　Defendants. | Case No.13-cv-04383-BLF<br><br>**JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 54(b)**<br><br>Re: Dkt. No. 346 |

On August 22, 2022, the Court granted Plaintiff's Motion for an Order Releasing and Discharging Stanford from Liability; and Restraining Each Defendant from Instituting Action Against Stanford for Recovery of Deposit.  ECF No. 346.

For the reasons set forth in the Court's Order and there being no just reason for delay, the Court hereby ENTERS judgment pursuant to Federal Rule of Civil Procedure 54(b) in favor of Plaintiff and against Defendants.

**IT IS SO ORDERED.**

Dated: August 23, 2022

　　　　　　　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　　United States District Judge