# YUAN-YI FANG
## DEAN AND PROFESSOR OF LAW

- 0970557239
- richfang321@hotmail.com

## EXPERIENCE

**Chinese Culture University**, *Taiwan, Taipei*
*Distinguished Professor of Law & Dean of College of Sustainability and Innovation*, (Aug. 2009 – present)
- Director and Chair, Social Enterprise and Innovation Legal Research Center (Current)
- Provost (September 2019 - September 2022)
- Vice President for Student Affairs (February 2017- September 2019)

**Aletheia University**, *Taiwan, Taipei*
*Assistant Professor*, August 2008 – August 2009

**OFFICE OF THE STATE'S ATTORNEY**, *Champaign, Illinois*
*Intern Assistant State's Attorney*, May 2007 – August 2008

**PENTA UNION INTERNATIONAL PATENT & TRADEMARK OFFICE**, *Taipei, Taiwan*
*Legal Assistant*, March 2002 – June 2003

**ARMY, REPUBLIC OF CHINA**, *Taiwan*
*Lieutenant Counseling Chief*, July 2000 – March 2002

**TAIWAN DISTRICT COURT (SHIH LIN DISTRICT)**, *Taipei, Taiwan*
*Litigation Assistant*, May 1999 – June 2000

## EDUCATION

**UNIVERSITY OF ILLINOIS COLLEGE OF LAW**, *Champaign, Illinois*
*Juris Doctor with Magna Cum Laude*
**Honors:**
- Harno Scholar, Fall 2007
- Dean's List, Spring 2007
- Awarded to top student in class, Securities Regulation, Spring 2007
- Awarded to top student in class, Internal Executive Discretion, Fall 2007
- Awarded to top student in class, Regulation for Derivatives Market, Spring 2008

**BOSTON UNIVERSITY SCHOOL OF LAW**, *Boston, Massachusetts*
*Master of Law (LL.M.)*, May 2004

**CHINESE CULTURE UNIVERSITY**, *Taipei, Taiwan*
*Bachelor of Law (LL.B.),* July 2000
*Bachelor of Arts (B.A.), Mass Communication*, July 2000
**Honors:**
- Recognized as Outstanding College Youth of Republic of China, March 1999
- Bronze Medal, Advertisement Film Production, June 1998

## ARBITRATOR & MEDIATION

**The Chinese Arbitration Association, Taipei**
(current)
- Arbitrator/Mediator

## EXPERTISE

**Fields of Expertise**
*International Law; Family and Private Rights Law; Social Enterprise and Innovation Legal System; Securities Exchange Law; Comparative Commercial Law; Company Law; International Legal Data Collection and Pleading Practice, and Emerging Technology Law*

**Arbitration and Mediation**
*Arbitrated or mediated many cases as Arbitrator, Mediator and Dean/Provost*

## LINGUISTIC FLUENCY

**Fluency in Chinese Mandarin and English**

## PUBLICATIONS

1.論對證券市場詐欺理論及其經濟理論之新發展,財金法學研究,第1卷第2期,頁207-227

2.引入企業社會責任概念－應納入建立公司型社會企業制度,月旦法學雜誌,第275期,頁58-66 (in Chinese)

3.社會使命型企業－社會企業概念分析及修法芻議,華岡法粹,第63期,頁67-129 (in Chinese)

4.共(兼)益公司與社會企業有何不同？-會計研究月刊,第394期,頁85-89 (in Chinese)

5.只營利的時代過去了！社會企業正走向立法,獨立評論@天下,2017年12月22日 (in Chinese)

6.連續交易與炒股之刑事構成要件¬──最高院 104 台上 1182 判決,台灣法學雜誌,第287期,頁229-236 (in Chinese)

7.從美國股東會電子投票制度論我國股東會電子投票制度之發展,政大法學評論, 第143期,頁303-372 (TSSCI) (in Chinese)

8.關係人交易與財報揭露(何曜琛、方元沂),台灣法學雜誌,第259期,頁123-131 (in Chinese)

9.從美國員工限制型股票論我國限制員工權利新股制度,政大法學評論,第137期,頁151-216 (TSSCI) (in Chinese)

10.國際私法之公司股票準據法研究,中正財經法學,第12期,頁35-59 (in Chinese)

11.軟體專利域外侵權條款之研究──以美國聯邦最高法院 Microsoft Corp. V. AT&T Corp.案為

2

中心，華岡法粹，第54期，頁95-126 (in Chinese)

12. 法人屬人法適用範圍之研究──以內部事務為研究中心，華岡法粹，第51期，頁175-198 (in Chinese)

13. 論公司治理與獨立董事之受任人義務(何曜琛、方元沂)，華岡法粹，第50期，頁83-109 (in Chinese)

14. 公司負責人之忠實義務與注意義務──臺灣高等法院九十八年度台上字第一三〇七號民事判決，月旦法學雜誌第197期 (in Chinese)

15. 私募股權基金與公司治理-以美國併購型私募股權基金為研究中心，華岡法粹， 第49期，頁177-202 (in Chinese)

16. 台灣與美國期貨交易法對於防止市場操作規範之比較分析與研究，華岡法粹， 第48期，頁171-196 (in Chinese)

17. 台灣與美國公司重整制度下新資金取得規定之研究,華岡法粹，第45期，頁147-170 (in Chinese)

18. 有價證券的定義與投資人保護，真理財經法學，第2期 (in Chinese)

19. 董事終止與公司委任關係/最高院102台上884判決(何曜琛、方元沂)，台灣法學雜誌，第230期，頁213-220 (in Chinese)

20. 論美國國際禮讓原則(方元沂)，華岡法粹，第 55 期，頁121-145 (in Chinese)

21. The Comparative Analysis on the Treatments of the Vertical Price-Fixing Between U.S. Antitrust and Taiwan's Antitrust Law, The Chinese (Taiwan) Yearbook of International Law and Affair, Vol. 24, 59-74

22. SEC's recent report on Executive Compensation Disclosure, The Illinois Business Law Journal 96/12

23. SEC's Proposals for Shareholder Access to Proxy Statement, The Illinois Business Law Journal 96/11

24. Does SOX reduce the competitiveness of New York Stock Exchange! (NYSE) in the cross-listing market, The Illinois Business Law

**Rate for the Present Case**

$2,500 NTD per day per party