# EXHIBIT B



**方元沂**
December 28, 2022

在日本的飯店看到BBC報導臺灣義務役延至一年的新聞，想到當年服役一年十個月，雖然是不願意的義務役少尉輔導長，但現在回想也有許多回憶，下基地、實彈操演，感受155榴彈砲齊射的震撼，最重要的是大家能平安退伍，也順利完成對國家的一點小奉獻。
不過現在覺得軍服可以比照國外帥氣些，讓服役的大家看起來英氣煥發，更有榮譽感~

I saw the BBC report that Taiwan's compulsory service was extended to one year in a hotel in Japan. I thought of serving one year and ten months in that year. Although I was unwilling to serve as a second lieutenant, but now I also have many memories, going down to the base, live-fire exercises, feeling the shock of 155 grenade salvo, the most important thing is that everyone can safely discharge, and also successfully complete
But now I feel that military uniforms can be com... See more

✱ · Hide Translation · Rate this translation







👍 305    19 comments  3 shares

👍 Like         💬 Comment         ↗ Share