# EXHIBIT C




10. Research on the Law Applicable to Corporate Stocks under Private International Law, Zhongzheng Finance and Economics Law, No. 12, pp. 35-59

11. A Study of Extraterritorial Infringement Provisions of Software Patents: Centered on the U.S. Supreme Court Microsoft Corp. V. AT&T Corp., Huagang Law Collection, No. 54, pp. 95-126

12. A Study on the Scope of Application of the Personal Law of Legal Persons: A Center for Internal Affairs as a Research Center, Kaoka Hochi, No. 51, pp. 175-198

13. On Corporate Governance and the Obligations of Independent Directors (He Yaochen and Fang Yuanyi), Huagang Fazhi, No. 50, pp. 83-109

14. The Duty of Loyalty and Duty of Care of the Person in charge of the Company: Civil Judgment No. 197 of the <>th Tai Shang Zi of the Taiwan High Court, Yuedan Law Journal No. <>

15. Private Equity Funds and Corporate Governance: A Center for U.S. M&A Private Equity Funds, Huagang Fazhi, 49, pp. 177-202

16. A Comparative Analysis and Study of the Practices of Market Practices in Taiwan and the United States Futures Trading Law, Huagang Fazhi, No. 48, pp. 171-196

17. A Study on the Acquisition of New Capital Requirements under the Restructuring System of Taiwan and the United States, Kaoka Faji, No. 45, pp. 147-170

18. Definition of Marketable Securities and Investor Protection, Real Financial Economics and Law, No. 2

19. Termination of Director's Appointment with the Company/Supreme People's Court 102 Tai Shang 884 Judgment (Ho Yao-chen and Fang Yuanyi), Taiwan Journal of Law, No. 230, pp. 213-220

20. On the American Principles of International Comity (Fang Yuanyi), Huagang Fazhi, No. 55, pp. 121-145

21. The Comparative Analysis on the Treatments of the Vertical Price-Fixing Between U.S. Antitrust and Taiwan's Antitrust Law, The Chinese (Taiwan) Yearbook of International Law and Affair, Vol. 24, 59-74

22. SEC's recent report on Executive Compensation Disclosure, The Illinois Business Law Journal 96/12

23. SEC's Proposals for Shareholder Access to Proxy Statement, The Illinois Business Law Journal 96/11

24. Does SOX reduce the competitiveness of New York Stock Exchange! (NYSE) in the cross-listing market, The Illinois Business Law Journal 96/10

中國文化大學 CHINESE CULTURE UNIVERSITY
2023 Chinese Culture University Department of Law All Rights Reserved

Go to law school | Return to Chinese Culture University

Address: Hwa-Kang Rd
., Hwa-Kang Rd.,
Taipei, Taipei, Taiwan 11114, R. O. C

Tel: (02) 2861-0511 # 27107
E-mail: crlldl@dep.pccu.edu.tw