PETER C. CHEN (Bar No. 222639)
LAW OFFICES OF PETER C. CHEN
901 Corporate Center Drive
Suite 500
Monterey Park, CA 91754
Tel: (323)264-2588
Fax: (323)269-1818
pchen@lawyer.com

Attorney for Defendant
ACADEMIA HISTORICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| The Board of Trustees of the Leland Stanford Junior University, | Case No.: 13-CV-04383-BLF-HRL |
| Plaintiff, | **ACADEMIA HISTORICA'S STATUS REPORT RE: ADDITIONAL AGREEMENTS** |
| vs. | |
| Chiang Fang Chi-yi, an Individual; Chiang Yo-mei, an Individual; Chiang Hsiao-chang, an Individual; Chiang Tsai Hui-mei, an Individual; Chiang Yo-sung, an Individual; Chiang Yo-lan, an Individual; Chiang Yo-bo, an Individual; Chiang Yo-chang, an Individual; Chiang Yo-ching, an Individual; Chungyan Chan, an Individual; Academia Historica, an entity of The Republic of China; Chiang Hsiao-yen, an Individual; Chiang Hui-lan, an Individual; Chiang Hui-yun, an Individual; Chiang Wan-an, an Individual; and Chiu Ju-hsueh, an Individual. | Judge: Hon. Beth Labson Freeman<br>Courtroom: 3 – 5th Floor |
| Defendants. | |
| AND RELATED CROSS-CLAIMS. | |

1    Academia Historica ("AH") hereby submits the following Status Report
2    Regarding Additional Donation Agreements:
3    Since the filing of the Notice of Donation Agreement and Status Report on
4    May 3, 2023 (Docket No. 381), AH and Chiang Yo-mei reached an agreement in
5    which Chiang Yo-mei donates her rights to all of items identified under New List 2-
6    2 (documents and items not under presidency) of the Taiwan Judgment to Academia
7    Historica.  A true and correct copy of the said donation agreement is attached as
8    Exhibit 1 hereto (in Mandarin) and English translation thereof is attached as Exhibit
9    2 hereto.
10   In addition, AH had previously reached an agreement with Chiang Hsiao-
11   chang (aka Amy Hsiao-chang Yu Chiang) and six other Chiang family heirs, as to
12   all parts of the Deposit Materials via mediation.  Chiang Hsiao-chang and the six
13   other family heirs have agreed that all parts of the Deposit Materials pending in the
14   present case belong to Republic of China (Taiwan) to be managed by Academia
15   Historica and waived their rights thereto.  A true and correct copy of the said
16   agreement is attached as Exhibit 3 hereto (in Mandarin) and English translation
17   thereof is attached as Exhibit 4 hereto.   AH is filing a copy of said mediation
18   agreement for full record before the Court and parties.
19   Previously, the Taiwan Judgment granted sole rights to items in List 1-1 and
20   2-1 to Republic of China (Taiwan) and managed by Academia Historica; the appeal
21   confirmed said judgment and the deadline for any further appeal in Taiwan has
22   expired.  The remaining list at issue was List 2-2.  By virtue of the above agreement
23   with Chiang Yo-mei, Academia Historica has now reached an agreement with all of
24   the Chiang heirs with respect to items under List 2-2 and all Chiang heirs have
25   donated, assigned, and/or waived their rights to List 2-2 in favor of AH.
26   ///
27   ///
28

Respectfully submitted,

Dated: June 14, 2023  **LAW OFFICES OF PETER C. CHEN**

By: _/s/ *Peter C. Chen*_____
Peter C. Chen, Esq.
*Attorneys for Academia Historica*