# 捐 贈 協 議 書

立協議書人：
甲　方：蔣友梅
乙　方：國史館
代表人：陳儀深

茲就甲方對臺灣臺北地方法院 104 年訴字第 4546 號民事判決所列新附表 2-2 關於蔣中正總統及蔣經國總統非任職總統期間之文物與日記等文件享有之全部權利之贈與，立協議書人議訂立約款如下，以資信守：

一、贈與標的與贈與意思

甲方同意就其對於臺灣臺北地方法院 104 年訴字第 4546 號所列新附表 2-2 所示對於蔣中正總統及蔣經國總統文物與日記等文件所享有之全部權利（包括但不限於所有權及著作權），無償捐贈與乙方，乙方亦允受其贈與。

二、雙方承諾事項

(一) 甲方同意日後有關上開捐贈文物之權利行使及義務負擔，概由乙方行使之。

(二) 雙方同意未來儘速完全、完整公開並揭露捐贈文物之內容，惟法律禁止或限制公開者，不得為之。

(三) 雙方同意訴訟費用各自負擔。

(四) 乙方同意日後不得對甲方請求負擔任何有關捐贈之文物於訴訟外所生之相關費用（例如：運送文物之運費、保管費、保險費等）。

三、完整之合意

本合約之內容代表立協議書人全部之合意，並取代本協議簽訂前雙方口頭或書面之任何合意或討論，本協議書非經立協議書人之書面同意，

*Y.M.C.M.*

不得為任何修改或變更。

四、補充條款

立協議書人同意本協議未盡事宜，悉依中華民國民法及其他相關法律規定。

五、協議書效力

如本協議書之任何一條款經法院宣告無效時，其他條款仍為有效。

六、合意管轄

立協議書人同意因本協議書所生之一切爭議，以臺灣臺北地方法院為第一審管轄法院。

七、協議書效力及份數

本協議書乙式二份，經雙方簽署後生效，協議書由立協議書人各執乙份為憑。

*Y.M.C.M.*

～以下為簽署頁～

立協議書人

甲　　　方：蔣友梅　　　　　　　　　　　　　　（簽章）

身分證字號：A222825559

地　　　址：台北市大安區忠孝東路四段75之20號

乙　　　方：國史館　　　　　　　　　　　　　　（簽章）

地　　　址：台北市中正區長沙街一段2號

電　　　話：02 2316 1000

代　表　人：陳儀深



西　元　　2023　年　5　月　16　日