Donation Agreement [English Translation from Chinese Original]

Parties to the Agreement:

Party A:  Chiang Yo-mei

Party B: Academia Historia, by its representative, Yi-Shen Chen

Party A hereby grants the full rights of the diaries and other presidential documents and historical documents of former President Chiang Kai-shek and Chiang Ching-kuo not under presidency and identified under New List 2-2 by the Civil Judgment No. 4546 of the Taiwan Taipei District Court in the year 104. To achieve the above, both parties mutually enter into the agreement herein and agree to obey the terms thereof as follows:

1. Terms and Purpose of Donation

   Party A agrees to donate and assign, without any due compensation, all of her rights (including but not limited to ownership and publication rights) to all items not under presidency and identified under New List 2-2 by the Taipei District Court Judgment in case No. 4546 to Party B and Party B accepts said donation and assignment.

2. Mutual Covenants

   (1) Party A agrees that Party B shall have the right to determine and enforce any rights relating to the New List 2-2.
   (2) Each of the parties agrees to disclose and reveal the content of the donated documents fully and completely as soon as possible in the future unless the release is prohibited or limited by the law.
   (3) Each of the parties shall bear its own litigation costs.
   (4) Party B agrees not to request Party A to share any burden on any non-litigation expenses pertaining to donated items (e.g., shipping costs, management fees, and insurance costs etc.)

3. Full Integration

   This agreement constitutes the full and integrated agreement between Party A and Party B pertaining to the matters herein and supersedes any prior oral or written agreement.  This Agreement may not be amended without the mutual consent of both of the parties.

4. Supplemental Clauses

The parties agree that any matter not covered in this agreement shall be governed by the Civil Law of the Republic of China and other relevant laws and regulations.

5.  Severability

If any provision of this Agreement shall be held or made invalid by a court of competent jurisdiction, the remainder of this Agreement shall continue to be in force.

6.  Governing Venue

Parties agree that the proper venue over any disputes relating to the Agreement shall be the Taiwan Taipei District Court as court of first original jurisdiction.

7.  Counterparts

This Agreement shall go into effect upon execution of the parties.  The Agreement shall be prepared and executed in two original copies, with each of the parties retaining an original copy.

Parties and signatures

Party A: Chiang, Yo-Mei  [signature]

Party A's joint contact address: No. 75-20, , Sec. 4, Zhongxiao E. Rd., Da'an Dist., Taipei City

Party B: Academia Historia

Address:  No. 2, Section 1, Chang Sha Street, Taipei City

Telephone: (02)-23161000

Representative: Chen, Yi-Shen [signature]

Address: No. 2, Section 1, Chang Sha Street, Taipei City

Date : __2023 May 16th_____