# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHIANG FANG CHI-YI, et al.,<br><br>　　　　Defendants. | Case No. 13-cv-04383-BLF<br><br>**ORDER TO SHOW CAUSE** |

Chungyan ("James") Chan is ORDERED TO SHOW CAUSE, in writing and by July 6, 2023, why this action should not be dismissed as to James Chan for failure to prosecute. Mr. Chan shall set forth the nature of his claim and his plan for resolving it. Mr. Chan is the only Defendant remaining in the case who has not settled his claims.

**IT IS SO ORDERED.**

Dated: June 15, 2023

_____
BETH LABSON FREEMAN
United States District Judge