United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>  Plaintiff,<br><br>  v.<br><br>CHIANG FANG CHI-YI, et al.,<br><br>  Defendants. | Case No. 13-cv-04383-BLF<br><br>**ORDER VACATING ORDER DISMISSING ACTION AS TO CHUNGYAN ("JAMES") CHAN** |

In light of Plaintiff's request and response to the Court's Order, *see* ECF Nos. 397, 400, the Court hereby VACATES its Order dismissing the action as to Chungyan ("James") Chan (ECF No. 396). Mr. Chan remains subject to further Orders and Judgment entered by the Court.

**IT IS SO ORDERED.**

Dated: July 11, 2023

_____
BETH LABSON FREEMAN
United States District Judge