# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>CHIANG FANG CHI-YI, et al.,<br><br>Defendants. | Case No. 13-cv-04383-BLF<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE**<br><br>[Re: ECF No. 390] |

On June 15, 2023, the Court issued an Order to Show Cause why this action should not be dismissed as to Chungyan ("James") Chan for failure to prosecute. ECF No. 390. The Order to Show Cause is hereby DISCHARGED. As a party to the action, Mr. Chan is bound by all Orders issued by the Court.

**IT IS SO ORDERED.**

Dated: July 11, 2023

BETH LABSON FREEMAN
United States District Judge