LAW OFFICES
OF
PETER C. CHEN, APC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| The Board of Trustees of the Leland Stanford Junior University,<br><br>Plaintiff,<br><br>vs.<br><br>Chiang Fang Chi-yi, an Individual; Chiang Yo-mei, an Individual; Chiang Hsiao-chang, an Individual; Chiang Tsai Hui-mei, an Individual; Chaing Yo-sung, an Individual; Chiang Yo-lan, an Individual; Chiang Yo-bo, an Individual; Chiang Yo-chang, an Individual; Chiang Yo-ching, an Individual; Chungyan Chan, an Individual; Academia Historica, an entity of The Republic of China; Chiang Hsiao-yen, an Individual; Chiang Hui-lan, an Individual; Chiang Hui-yun, an Individual; Chiang Wan-an, an Individual; and Chiu Ju-hsueh, an Individual.<br><br>Defendants. | Case No.: CV-13-04383-BLF-HRL<br><br>Judge: Hon. Beth Labson Freeman<br>Courtroom: 3 – 5th Floor<br><br>[PROPOSED] **FINAL JUDGMENT** |
| AND RELATED CROSS-CLAIMS. | |

1
FINAL JUDGMENT

# FINAL JUDGMENT

Pursuant to the Order filed in this matter, it is hereby **ORDERED, ADJUDGED, AND DECREED**, that upon transfer of the Deposits in their entirety by Plaintiff to defendant Academia Historica as provided under the Order, all claims, cross claims, and counterclaims asserted in this matter are DISMISSED WITH PREJUDICE, and the Clerk is directed to CLOSE this action.

All relief not previously granted is hereby DENIED.

**IT IS SO ORDERED.**

Dated:  July 11, 2023

_____
BETH LABSON FREEMAN
United States District Judge

LAW OFFICES
OF
PETER C. CHEN, APC