# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: California Northern District (San Jose)

U.S. District Court case number: 5:13-cv-04383-BLF

Date case was first filed in U.S. District Court: 09/20/2013

Date of judgment or order you are appealing: 07/07/2023

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

○ Yes  ◉ No  ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

CHUNGYAN ("JAMES") CHAN

Is this a cross-appeal? ○ Yes  ◉ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case? ○ Yes  ◉ No

If Yes, what is the prior appeal case number?

Your mailing address:

Room 801, Bldg 8, Lane 85, Xietu Road, Huangpu District

City: Shanghai    State: China    Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** *[signed: James C.Y. Chen]*    Date: Aug 5, 2023

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 1**    *Rev. 12/01/2018*

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:
CHUNGYAN ("JAMES") CHAN

Name(s) of counsel (if any):
Pro Se

Address: Room 801, Bldg 8, Lane 85, Xietu Road, Huangpu District, Shanghai, C

Telephone number(s): +8613501837211

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ● No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:
The Board of Trustees of the Leland Stanford Junior University

Name(s) of counsel (if any):
Mark Davis Litvack

Address: 725 South Figueroa Street, Suite 2800, Los Angeles, CA 90017-5406

Telephone number(s): 213-488-7100

Email(s): mark.litvack@pillsburylaw.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                         1                                    Rev. 12/01/2018

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?    ○ Yes    ○ No

**Appellees**

Name(s) of party/parties:
Academia Historica

Name(s) of counsel (if any):
Nelson Hsieh

Address: 6111 Bollinger Canyon Road, Suite 500, San Ramon, CA 94583

Telephone number(s): 925-866-1000

Email(s): nhsieh@gpsllp.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                          *2*                              Rev. 12/01/2018