

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

August 08, 2023

| | |
|---|---|
| No.: | 23-16077 |
| D.C. No.: | 5:13-cv-04383-BLF |
| Short Title: | Board of Trustees of Leland Stanford University v. Chungyan Chan, et al |

Dear Appellant/Counsel

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Motions filed along with the notice of appeal in the district court are not automatically transferred to this court for filing. Any motions seeking relief from this court must be separately filed in this court's docket.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

**The due dates for filing the parties' briefs and otherwise perfecting the appeal have been set by the enclosed "Time Schedule Order," pursuant to applicable FRAP rules. These dates can be extended only by court order. Failure of the appellant to comply with the time schedule order will result in automatic dismissal of the appeal. 9th Cir. R. 42-1.**

**Appellants who are filing pro se should refer to the accompanying information sheet regarding the filing of informal briefs.**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 08 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>    Plaintiff - Appellee,<br><br> v.<br><br>CHUNGYAN CHAN, an Individual, AKA James Chan,<br><br>    Defendant - Appellant,<br><br> v.<br><br>ACADEMIA HISTORICA,<br><br>    Defendant - Appellee,<br><br> and<br><br>CHIANG FANG CHI-YI, an individual, AKA Elizabeth Chiang; CHIANG YO-MEI, an individual, AKA Yo-Mei Chiang; CHIANG HSIAO-CHANG, an individual, AKA Amy Chiang; CHIANG TSAI HUI-MEI, an individual, AKA Michelle Chiang; CHIANG YO-SUNG, an individual, AKA Jonathan Chiang; CHIANG YO-LAN, an individual; CHIANG YO-BO, an individual, AKA Demos Chiang; | No. 23-16077<br><br>D.C. No. 5:13-cv-04383-BLF<br>U.S. District Court for Northern California, San Jose<br><br>**TIME SCHEDULE ORDER** |

CHIANG YO-CHANG, an individual, AKA Edward Chiang; CHIANG YO-CHING, an individual, AKA Andrew Chiang; CHIANG HSIAO-YEN, AKA John H. Chiang; CHIANG HUI-IAN, AKA Vivian H. Chiang; CHIANG HUI-YUN, AKA Christine Chiang; CHIANG WAN-AN, AKA Wayne Chiang; CHIU JU-HSUEH,

Defendants.

The parties shall meet the following time schedule.

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3.1. If there were no reported hearings, the transcript deadlines do not apply.

| | |
|---|---|
| **Wed., September 6, 2023** | Transcript shall be ordered. |
| **Fri., October 6, 2023** | Transcript shall be filed by court reporter. |
| **Wed., November 15, 2023** | Appellant's opening brief and excerpts of record shall be served and filed pursuant to FRAP 31 and 9th Cir. R. 31-2.1. |
| **Fri., December 15, 2023** | Appellee's answering brief and excerpts of record shall be served and filed pursuant to FRAP 31 and 9th Cir. R. 31-2.1. |

**The optional appellant's reply brief shall be filed and served within 21 days of service of the appellee's brief, pursuant to FRAP 31 and 9th Cir. R. 31-2.1.**

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT