1  MARK D. LITVACK #183652
   mark.litvack@pillsburylaw.com
2  JEFFREY D. WEXLER #132256
   jeffrey.wexler@pillsburylaw.com
3  PILLSBURY WINTHROP SHAW PITTMAN LLP
   725 South Figueroa Street, 36th Floor
4  Los Angeles, CA  90017-5524
   Telephone: (213) 488-7100
5  Facsimile No.: (213) 629-1033
6
7  Attorneys for Plaintiff
   THE BOARD OF TRUSTEES OF THE
8  LELAND STANFORD JUNIOR UNIVERSITY

9                    UNITED STATES DISTRICT COURT
10                   NORTHERN DISTRICT OF CALIFORNIA
11                          SAN JOSE DIVISION

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>Plaintiff,<br><br>vs.<br><br>CHIANG FANG CHI-YI, an individual; CHIANG HSIAO-CHANG, an individual; CHIANG YO-MEI, an individual; CHIANG TSAI HUI-MEI, an individual; CHIANG YO-SUNG, an individual; CHIANG YO-LAN, an individual; CHIANG YO-BO, an individual; CHIANG YO-CHANG, an individual; CHIANG YO-CHING, an individual; CHUNGYAN CHAN, an individual; ACADEMIA HISTORICA, an entity of The Republic of China; CHIANG HSIAO-YEN, an individual; CHIANG HUI-LAN, an individual; CHIANG HUI-YUN, an individual; CHIANG WAN-AN, an individual, and CHIU JU-HSUEH, an Individual.<br><br>Defendants. | Case No. 5:13-cv-04383-BLF-VKD<br><br>**PLAINTIFF THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY'S NOTICE OF COMPLIANCE WITH ORDER DIRECTING TRANSFER OF DEPOSITS [Dkt. 404]**<br><br>Judge: Hon. Beth Labson Freeman |

Interpleader plaintiff The Board of Trustees of The Leland Stanford Junior University ("Stanford") hereby gives the Court notice that it has complied with the Court's July 11, 2023 Order [Dkt. 404] directing Stanford to transfer to interpleader defendant Academia Historica possession of certain diaries and papers of Chiang Kai-shek and Chiang Ching-kuo (the "Deposit") within 60 days of the date of entry of that Order, *i.e.*, by September 11, 2023 and as clarified by the Court's Order of August 21, 2023 [Dkt. 412].

Stanford offered to make the Deposit available for pick-up by Academia Historica on September 7, 2023. *See* Declaration of Eric Wakin, ¶ 3. On September 5, 2023, Academia Historica informed Stanford that it would like to pick up the Deposit on September 11, 2023. *See id.* Stanford accommodated this request, and on September 11, 2023, a courier hired by Academia Historica picked up the Deposit in its entirety from Stanford. *See id.* To the best of Stanford's knowledge, the materials picked up by Academia Historica's courier included all of the materials that were in Stanford's possession that were deposited with it by Elizabeth Chiang (Chiang Fang Chi-yi) pursuant to the Deposit Agreement dated January 10, 2015. *See id.*, ¶ 4.

Respectfully submitted,

Dated: September 11, 2023

    MARK D. LITVACK
    JEFFREY D. WEXLER
    PILLSBURY WINTHROP SHAW
    PITTMAN LLP

By: */s/ Mark D. Litvack*
       Mark D. Litvack
Attorneys for Plaintiff The Board of Trustees of Leland Stanford Junior University

Docket No. CV-13-04383-BLF-HRL
PROOF OF SERVICE

I am employed in the State of California, in the office of a member of the bar of this Court, at whose direction the service is made. I am over the age of eighteen years, and not a party to the within action. My email and business address is kelly.saunders@pillsburylaw.com and Pillsbury Winthrop Shaw Pittman LLP, 725 South Figueroa Street, 36th Floor, Los Angeles, CA 90017-5524. On September 11, 2023, I served the document titled **PLAINTIFF THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY'S NOTICE OF COMPLIANCE WITH ORDER DIRECTING TRANSFER OF DEPOSITS [Dkt. 404]** on the following party in this action as follows:

**See Attached Service List.**

☒ **(BY MAIL)** I caused each envelope, with postage thereon fully prepaid, to be placed in the United States mail at Los Angeles, CA. I am readily familiar with the practice of Pillsbury Winthrop Shaw Pittman LLP for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

☐ **(BY FACSIMILE)** The above-referenced document is transmitted by facsimile transmission and the transmission was reported as complete and without error to the numbers listed above.

☒ **(BY EMAIL TRANSMISSION)** The above-referenced document is transmitted via electronic transmission to the persons at the electronic-email addresses indicated on the attached Service List.

☐ **(BY PERSONAL SERVICE)** I delivered to an authorized courier or driver authorized by _____ to receive documents to be delivered on the same date. A proof of service signed by the authorized courier will be filed forthwith.

☐ **(BY OVERNIGHT COURIER)** I am readily familiar with the practice of Pillsbury Winthrop Shaw Pittman LLP for collection and processing of correspondence for overnight delivery and know that the document(s) described herein will be deposited in a box or other facility regularly maintained by _____ for overnight delivery.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 11th day of September, 2023, at Anaheim, California.

_____
Kelly Saunders

**Service List**

| | |
|---|---|
| Amy Hsiao-chang Yu<br>2905 Buena Vista Way<br>Berkeley, CA  94708-2017 | Via e-mail only<br>ayu@pobox.com |

**Via U.S. Mail**

| | |
|---|---|
| Chiang Yo-bo<br>1F No 9 Lane 9<br>Lin Sun North Road<br>Taipei, 100<br>Taiwan | Chiang Yo-chang<br>1F No 9 Lane 9<br>Lin Sun North Road<br>Taipei, 100<br>Taiwan |
| Chiang Yo-ching<br>1F No 9 Lane 9<br>Lin Sun North Road<br>Taipei, 100<br>Taiwan | Chiang Yo-lan<br>1F No 9 Lane 9<br>Lin Sun North Road<br>Taipei, 100<br>Taiwan |
| Chiang Yo-sung<br>1F No 9 Lane 9<br>Lin Sun North Road<br>Taipei, 100<br>Taiwan | Chiang Fang Chi-yi<br>1F No 9 Lane 9<br>Lin Sun North Road<br>Taipei, 100<br>Taiwan |
| Chiang Tsai Hui-mei<br>1F No 9 Lane 9<br>Lin Sun North Road<br>Taipei, 100<br>Taiwan | |